**Order filed December 22, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00940-CV
_____

**ROBERT PARKER, OSCAR MACIAS AND PARKER MAC, LLC, Appellants**

**V.**

**HTR, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 947736**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the County Civil Court at Law No. 3, Laura Cutherell, informed this court that appellants had not made arrangements for payment for the reporter's record. On November 23, 2011, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellants, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellants to file a brief in this appeal on or before **January**

**23, 2012.** If appellants fail to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM